UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARRYL K. ELLIOTT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:11CV1499 HEA ) |
| FRANK BRYANT, et al., | ) ) ) |
| Defendants. | ) |

### ORDER

Upon review of the Court file, plaintiff has failed to comply with the Court's order dated September 12, 2011, in which the Court directed plaintiff either to pay the filing fee or to file a motion to proceed in forma pauperis. As a result, the Court will dismiss this action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice.

Dated this 26th day of October, 2011.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE