UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARRYL K. ELLIOTT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:11CV1499 HEA |
| FRANK BRYANT, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(b)**

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to Fed. R. Civ. P. 41(b).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 26th day of October, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　HENRY EDWARD AUTREY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE